Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 NOV 27 14:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BARBARA A. HOWER,**

        Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 05-6257-JO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $6445.09 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of _____ Nov. 27th _____, 2006

_____
U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

1 - ORDER